### Commonwealth *v.* Diamond, Appellant.

Before BRADLEY, J.

Submitted March 20, 1969. *Louis S. Cali,* for appellant; *James D. Crawford,* Assistant

District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.